■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRUDY BYRNES, Appellant. [864 NYS2d 326]—Appeal by the defendant from a judgment of the County Court, Westchester County (Cacace, J.), rendered December 6, 2007, convicting her of grand larceny in the third degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Spolzino, J.P., Santucci, Miller, Dickerson and Eng, JJ., concur.